UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JOYCE B. WOOD

v.   Civil No. 2:01-cv-608

TRUMP HOTELS & CASINO RESORTS, INC.

**ORDER**

The court has been advised that this action cannot proceed to trial and disposition for the following reason:

Defendant has filed bankruptcy

Therefore, it is ordered that the clerk of the court mark this action closed for statistical purposes and,

It is further ordered that the court shall retain jurisdiction and that this case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

In the event the stay is lifted, the plaintiff will not receive any further extensions of time to respond to the defendant's Motion for Summary Judgment.

Enter:  January 10, 2005.

s/ Andrew P. Rodovich
Andrew P. Rodovich, Judge
United States District Court